```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20707
    LATOSHA D BARNES
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-4390


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/06/2007 and was confirmed 02/04/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   4.00%.

     The case was dismissed after confirmation 06/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CHASE AUTO FINANCE       SECURED VEHIC    8500.00              .00        1398.40
CHASE AUTO FINANCE       NOTICE ONLY    NOT FILED              .00            .00
CITIMORTGAGE             CURRENT MORTG        .00              .00            .00
CITIMORTGAGE             MORTGAGE ARRE        .00              .00            .00
CITI MORTGAGE            NOTICE ONLY    NOT FILED              .00            .00
IRA T NEVEL              NOTICE ONLY    NOT FILED              .00            .00
AARONS SALES             NOTICE ONLY    NOT FILED              .00            .00
ARONSON FURNITURE        UNSECURED          320.00             .00            .00
BK FINANCIAL             NOTICE ONLY    NOT FILED              .00            .00
BRUCE DAVIS              UNSECURED      NOT FILED              .00            .00
ROUNDUP FUNDING LLC      UNSECURED         2525.00             .00            .00
NCO MARLIN               UNSECURED      NOT FILED              .00            .00
PLATINUM RECOVERY SOLUTI NOTICE ONLY    NOT FILED              .00            .00
PARAGON WAY INC          UNSECURED          585.00             .00            .00
MIDLAND CREDIT MANAGEMEN UNSECURED      NOT FILED              .00            .00
FIRST PREMIER BANK       NOTICE ONLY    NOT FILED              .00            .00
CBCS                     UNSECURED      NOT FILED              .00            .00
NATIONAL ACCOUNT ADJUSTM UNSECURED      NOT FILED              .00            .00
NICOR GAS                UNSECURED      NOT FILED              .00            .00
AMERICAN COLLECTION CO   UNSECURED      NOT FILED              .00            .00
TRIAD FINANCIAL CORP     UNSECURED         5555.82             .00            .00
JERRY M SALZBERG         NOTICE ONLY    NOT FILED              .00            .00
CHASE AUTO FINANCE       UNSECURED         1152.72             .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED          974.90             .00            .00
ARONSON FURNITURE        SECURED NOT I      100.00             .00            .00
DAMON HOGROE             NOTICE ONLY    NOT FILED              .00            .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY     3,500.00                             .00
TOM VAUGHN               TRUSTEE                                           121.60
DEBTOR REFUND            REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 20707 LATOSHA D BARNES
```

```
                            RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    1,520.00

PRIORITY                                                  .00
SECURED                                              1,398.40
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                   121.60
DEBTOR REFUND                                             .00
                          ---------------      ---------------
TOTALS                     1,520.00                 1,520.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 09/24/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE